188 So. 922

**STATE ex rel. Chester BLACK and Teche Lines, Inc., v. Henry B. FOSTER, Judge, Circuit Court, Tuscaloosa County.**

**6 Div. 510.**

Supreme Court of Alabama.
May 1, 1939.

Jones & Dominick, of Tuscaloosa, for relators.

PER CURIAM.
Petition dismissed on motion of relators.